**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                                  **CASE NO: 6:19-cr-240-Orl-78GJK**

**JEFFREY ARONOFSKY**
_____/

## O R D E R

This cause is before the Court on the Government's Unopposed Motion for Clarification, filed on February 11, 2020 (Doc. 44). On February 7, 2020 the Court entered an Endorsed Order granting Defendant's Motion to Continue Trial (Doc. 42). Although the Court made an ends-of-justice finding on the record, it did not enter an ends-of-justice finding in the Endorsed Order. Accordingly, the Government's Unopposed MOTION for clarification of *Court's Order Granting Motion to Continue Trial* (Doc. 44) is **GRANTED**.

Defense counsel moved for a continuance of trial until the July 2020 trial term to allow defense counsel to complete a capital murder trial with the State of Florida. The Government has advised the Court that there is no objection to the motion and a Waiver of Speedy Trial through July 31, 2020 has been filed on the docket (Doc. 41).

This case is continued until the **July 2020 TRIAL TERM**, commencing July 6, 2020. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the motion (Doc. 40), the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the July 2020 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The status conference is rescheduled for **June 9, 2020 at 9:30 AM**, Courtroom 3B, George C. Young U.S. Courthouse & Federal Building, 401 W. Central Blvd., Orlando, Florida 32801. **DEFENDANT'S PRESENCE IS NOT REQUIRED AT THE STATUS CONFERENCE.**

**DONE AND ORDERED** in Orlando, Florida on February 12, 2020.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services