*United States v. Jeffrey Aronofsky*         Case no. 6:19-cr-240-Orl-78GJK

## Index to Character Letters

| **Name** | **Relationship to Jeffrey Aronofsky** |
|---|---|
| ♦ Susan Sloane | Cousin |
| ♦ Sandra Mendelson | Cousin |
| ♦ Myra Ellen Edelstein | Former wife |
| ♦ Timothy Byron Biggert | Long-time friend |
| ♦ Arles Cedano | Spouse |
| ♦ Joseph Aronofsky<br>♦ Susan Aronofsky | Father and Mother |
| ♦ Rabbi H. David Werb | Rabbi |

Judge Berger,

My name is Susan Sloane and Jeffrey Aronofsky is my second cousin on my father's side. Jeffrey's grandmother and my father were siblings.

I have known Jeffrey his entire life, as I was 16 years old when he was born. Jeffrey did very well with his academic achievements; attaining three degrees from the University of Massachusetts. A Bachelor of Arts in Political Science and a Masters in Education and Organizational Development and a Masters in Business Administration.

I recall that he managed the Yiddish Bookstore in Amherst after college and at one point Jeffrey had a position with a loan company and was instrumental in helping me obtain a mortgage for a new home. He seemed to really shine when he became a flight attendant with Jet Blue where he won multiple customer satisfaction awards, including in the Top 2 for Customer Satisfaction of 5,000 flight attendants and consistently named # 1 Flight Attendant for the Fort Lauderdale attendant at the Fort Lauderdale base.

Jeffrey has always been very family oriented and has been exceedingly considerate of my 95 year old mother. He has consistently called her to check in and sends her lovely greeting cards and hand written notes just to say hello. Our family is in Massachusetts so we do not get to see Jeffrey often, but he has done a terrific job of staying in touch. He is a very thoughtful man and we have been close despite our age difference.

Susan Sloane

July 26, 2020

August 2, 2020

Dear Judge Berger,

I am writing to give you firsthand information about my cousin Jeffrey Aronofsky, whom I have known, loved, honored and respected his entire life. I truly feel I have been blessed to have him in my life. I credit him with saving my life, so that I am able to function today.

Jeffrey was always special, even as a child, and as he matured all of the qualities that make him Jeffrey today emerged, making any one who was in his life better because of their relationship with him!!!

Jeffrey is intelligent and well educated. He is a University of Massachusetts graduate where he received many awards. He is well versed in a variety of subjects, one of which is his knowledge of the Yiddish language which he speaks fluently and which he studied at Oxford University in England. Jeffrey isn't ordinary by any means. He is bright, generous, personable, easy to talk to, and, yes, he helped me considerably after my husband died, when I ended up in a rehab following major surgery for a total of 5½ months.

He was always there for me... making sure I was taken care of properly... visiting me... driving me to doctor's visits when necessary... taking me for blood tests, etc. When I returned home, he went food shopping for me, took me out for lunches and dinners, helping me with things that made me feel happy. He even brought my car in for servicing.

My children all live at a distance from me, so he has filled in for them. He is my family, and I miss him dearly.

We still communicate by mail, and when I was in Orlando in January, I went to see him at the Orange County Jail.

I truly love, trust and believe in Jeffrey with all my heart and I look forward to the day when I will see my honest, kind, loving, generous cousin, who is like a son to me, stand in front of me once again, so that I can hug him, with my mask on, of course. I am 83 years old and he has always treated me like a contemporary. I will always be proud of him.

Thank you, Judge Berger, for giving me this opportunity to tell you about my cousin Jeffrey Aronofsky.

Sincerely,

*Sandra Mendelson*

Sandra Mendelson

5243 C Europa Dr.

Boynton Beach, Fl. 33474

**Myra Ellen Edelstein, EdD**
**24 Marlynn Drive**
**Tiverton RI 02878**
**(401)862-2430 cell**

To Whom It May Concern:

I am writing this letter as a character reference for Mr. Jeffrey A. Aronofsky. I have known Jeffrey for approximately 34 years. We met as college students around 1985 and, after dating for several years, were married for 11 years. To this day we maintain our friendship as we always agreed that we would, "divorce the marriage but not the friendship."

Since I met Jeffrey, he has achieved many accomplishments. I will name just a few to give you a picture of the person that I am familiar with.

Jeffrey earned not one but two Master's degrees – one in Organization Development and the second, a Master of Business Administration. He accomplished both degrees while working full time. Even as an undergraduate student he worked many hours each week to support himself and to finance his education – most college weekends he was working as a manager at a local grocery where he was trusted with handling large sums of cash and assuring smooth operations of the store. Viewed as both reliable and having a strong work ethic, he was equally successful working with both employees and customers.

Fast forward, Jeffrey had a successful career as a loan officer with several large banks/mortgage companies. He was trusted to handle complex transactions worth millions of dollars in any given year. In his work he demonstrated high ethics and the ability to meet all federal requirements to assure that customer mortgages were secure and solid. He grew his business and success by treating customers in a fair manner, clearly explaining the process and helping customers with every phase of these transactions. He built strong relationships with real estate agents, closing attorneys, real estate appraisers and other bankers, as appropriate. His repeat clients and word of mouth business growth were testimony to the excellent work that he did and the way his clients appreciated his efforts.

Fast forward many years later when Jeffrey served, most recently, as an award-winning flight attendant for JetBlue Airways. His customers found him so helpful that they submitted enough unsolicited written commendations that he won awards and bonuses for his efforts. He was selected to serve on an elite team of auditors to perform "check flights" where he was flying with the express purpose of evaluating other flight attendants to verify that they were completing their jobs by meeting all company and regulatory requirements. Not only did he serve in that role for one time-limited appointment, but the company extended his time in that position as a result of his outstanding performance.

Jeffrey is bright, educated, articulate, charming and caring. He could always be counted on to send a greeting card and flowers and/or a gift at every occasion. He is generous and thoughtful and always has been. Jeffrey is smart – he has always been a good advisor and friend to people.

I hope this gives you a small glimpse of Jeffrey Aronofsky from the perspective of someone who has known him since his college days.

Thank you for taking the time to read this.

Most sincerely,

*[signature]*

Dr. Myra Ellen Edelstein

**Timothy Byron Biggert**

---

Judge Berger –

My name is Timothy Biggert. I am currently retired from a 30-year management consulting career at IBM, during which I worked with clients to devise business and technology strategies.

Jeffrey Aronofsky is a good friend of mine. I have known him for fourteen years. I met him in 2006; my long-time friend, Arles Cedano, introduced us. Although this first meeting was via telephone I immediately got a real sense of the warmth, the affability and the humor that defines Jeffrey.

I have observed Jeffrey's loyalty and service to others. When his husband Arles had cancer, Jeffrey was there to nurse him through recovery from two surgeries and chemotherapy. His ex-wife is one of his best friends. And during this difficult time he calls me regularly – without complaining or expressing any kind of stress or bad feelings about life in prison. Rather, he shows a real interest in how I am doing. And he makes me laugh.

Jeffrey is a hard worker. He earned multiple degrees including a Master of Business Administration, Master of Education, Bachelor of Arts, and Certificates from the Oxford Programme for Yiddish Language and Literature and the Oxford Centre for Postgraduate Hebrew Studies. His career is broad in scope. He has work as a certified specialist in anti-money laundering investigations, financial services account manager, hospital administrator, and flight attendant. In his most recent position at JetBlue, he was recognized multiple times as one of the top five for customer satisfaction among more than 5,000 flight attendants!

Over these past 14 years I have come to know him and to have that very first impression reinforced: connection is important to Jeffrey and he has a profound ability to connect with others socially, intellectually and personally. He's a good guy, a good friend.

I am hoping I have given you a sense of the Jeffrey Aronofsky that I know. Thank you, Judge Berger.

Sincerely –

*Timothy Biggert*

– Timothy Biggert

**Arles Cedano**
**6315 Corporate Centre Boulevard #408**
**Orlando FL 32822**

October 17, 2020

To Whom It May Concern:

This letter is a character reference for Jeffrey Aronofsky. Jeffrey and I have been partners for 15 years and we have been married for 5 years. In the 15 years we have been friends, Jeffrey has always been responsible, loving, caring, generous and hard-working.

Five years ago, I was diagnosed with cancer. This diagnosis required two major surgeries and the need for chemotherapy. For many months, as I was weak and recovering, Jeffrey stayed by my side with loyalty. He was there for me more than I could have ever imagined. He was an excellent caregiver. As a cancer survivor himself, Jeffrey understood exactly what I was experiencing. With both of us cancer survivors, we received almost NO concern or support from his family. As far as Jeffrey's family was concerned, it felt as if we didn't exist.

While my family expressed joy and love when they spent time with Jeffrey and me, it was a different story with his family. Sadly, some of his immediate family were homophobic, disrespectful and unwelcoming. We would visit his family on three holidays a year only to be unappreciated and made fun of. We finally stopped going home to visit Jeffrey's family because it was too painful.

In all my years as Jeffrey's friend, I have never known him to have any trouble with the law. He is a person who was a professional – he worked hard. He was always a reliable and dedicated employee. Jeffrey was the kind of person that people would describe as, "a productive member of society."

I pray that Jeffrey and I will have the opportunity to move forward and build the life together that we had planned.

Sincerely,


Arles Cedano

August 4, 2020

23 Simpson Lane

Assonet, MA 02702

Dear Judge Berger,

    We are writing this letter on behalf of our son, Jeffrey Allen Aronofsky. We would like to tell you about the man we believe him to be.

    My husband, Joseph, was a single dad who raised Jeff and his two siblings for 8 years. He taught his children the value of a strong work ethic, honesty and the importance of family. The children helped him work on his food truck by making sandwiches and often accompanied him when they were able.

    I have known Jeff since 2000. I officially joined the family in 2006. In August 2015, I adopted Jeffrey and his two siblings. We have had a very close, loving relationship during that time. He is attentive, caring and very considerate.

    Jeff is extremely smart. He has several advanced college degrees; is articulate and has, to our knowledge, always been a hard worker. He is a great entertainer and very funny. Many family gatherings have been made memorable by his ability to tell a great story including gestures and mimicking speech patterns.

    Generosity is another of Jeff's very positive traits. He took his younger sister to Italy when she graduated from high school - a trip she still talks about fondly. He shared his family discount from Jet Blue with us. That allowed us to travel all over the country in order to visit our other children and siblings.

    Several years ago Jeff made all the plans and accompanied us on a tour of Spain and Portugal. He shared his knowledge and beauty of both countries with us - the trip of a lifetime! He also accompanied his Dad to Israel; something his Dad had always wanted to do.

    Jeff has a kind heart, sometimes a sharp tongue, and a large ability to forgive. He loves to laugh. His faith has always been an important part of who he is.

    We have not spoken directly to Jeff since shortly after his arrest. We are hurt and saddened by his current circumstances. We can attest to these attributes of our boy before his arrest and hope it gives you a glimpse of what a wonderful son and brother he has been.

Sincerely,

*Joseph Aronofsky*
*Susan Freeman Aronofsky*

Joseph and Susan Aronofsky

Rabbi H. David Werb
6149 Pointe Regal Cir.
Apt 401
Delray Beach, Fl. 33484                                            August 2, 2020

Dear Judge Berger,

I write this letter in support of Jeffrey Aronofsky. As his family's Rabbi I knew his mother and father well when they were active members of my Congregation many years ago. Jeffrey grew up at Temple Beth Emunah in Brockton, Massachusetts where I officiated at his Bar Mitzvah. He became active in youth activities and had a strong interest in religious ideas. He was a personable young man and made friends easily. He had a keen intellect and was interested in the pursuit of knowledge.

During his years at UMass in Amherst he was drawn to the Yiddish Book Center. He became employed there and they valued his work so much that they sent him to Oxford University to learn Yiddish. For many years he was a very dedicated employee and really enjoyed his work there.

In recent years since coming to live in Florida I have, through mutual friendship, come into Jeffrey's company on a number occasions. He has matured into a vibrant, dynamic, very sociable person. His outgoing and gregarious nature has endeared him to his many friends. He always presents a very caring nature towards others and he highly values friendship. He is very protective of family, relatives and friends.

Jeffrey is a very bright, intelligent person with an enquiring mind. He is eager to learn new things and to embark on new adventures. He possesses a fine sense of humor and tries to look on the brighter side of life. He enjoys sociability and always presents a very pleasant demeanor when in contact with people.

Jeffrey still maintains a strong belief system and religious values are important to him. He reads extensively, including the Bible, and is quite knowledgeable on a variety of subjects. He has a strong sense of compassion for those in need and is always ready to extend himself to others.

Sincerely,

*Rabbi H. David Werb*

Rabbi H. David Werb
Rabbi Emeritus
Temple Beth Emunah
South Easton, Ma.